**GREGORY SWAFFORD**
**FAMILY TRUST**

**VERSUS**

**GRAYSTAR MORTGAGE,**
**LLC, JB 430 HOLDINGS LLC,**
**AND THE HONORABLE**
**MARLIN H. GUSMAN IN THIS**
**OFFICIAL CAPACITY AS THE**
**ORLEANS PARISH SHERIFF**

\*      **NO. 2021-CA-0200**

\*      **COURT OF APPEAL**

\*      **FOURTH CIRCUIT**

\*      **STATE OF LOUISIANA**

\*

\*

\* \* \* \* \* \* \*

**BELSOME, J., CONCURS IN THE RESULT**